# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

| | | |
|---|---|---|
| RYAN DEARDORFF,<br>Reg. #46863-044, | *<br>*<br>* | |
| Petitioner, | * | |
| v. | * | No. 2:20-cv-00237-JJV |
| | * | |
| DEWAYNE HENDRIX, Warden,<br>Forrest City Low Federal Correctional<br>Institution, | *<br>*<br>*<br>* | |
| Respondent. | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 3rd day of February 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE